ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

...CT COURT
I C .:HE.:N DISTRICT OF TEXAS
FILED

NOV - 7 2005

CLERK, U.S. DISTRICT COURT
By _____

WARWICK PLAYER, #1241936,          )
          Plaintiff,               )
                                   )
     v.                            )          3:05-CV-1571-M
                                   )
CITY OF DALLAS POLICE              )
DEPARTMENT, et al.,                )
          Defendants.              )


**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a

recommendation in this case.  No objections were filed.  The District Court reviewed the

proposed findings, conclusions and recommendation for plain error.  Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this ___ day of _____.


                              BARBARA M.G. LYNN
                              UNITED STATES DISTRICT JUDGE